**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>301-344-0052 |

## M E M O R A N D U M

TO:         Counsel of Record

FROM:    Judge Roger W. Titus

RE:         *Stevenson et al v. City of Seat Pleasant, Maryland et al.*
              Civil Case No.: RWT-09-1791

DATE:    January 4, 2012

\* \* \* \* \* \* \* \* \*

By consent of the parties, the hearing on Defendant's Renewed Motion for Judgment previously scheduled for January 6, 2012 at 11:00 a.m. is hereby **RESCHEDULED** for **January 12, 2012 at 2:00 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                                    /s/
                                                                               ROGER W. TITUS
                                                                     UNITED STATES DISTRICT JUDGE