**ROGER W. TITUS**                                                                                              6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                                            GREENBELT, MARYLAND 20770
                                                                                                                                    301-344-0052

# M E M O R A N D U M

TO:         Counsel of Record

FROM:      Judge Roger W. Titus

RE:         *Stevenson et al v. City of Seat Pleasant, Maryland et al.*
                Civil Case No.: RWT-09-1791

DATE:      January 4, 2012

\* \* \* \* \* \* \* \* \*

By consent of the parties, the hearing on Defendant's Renewed Motion for Judgment previously scheduled for January 6, 2012 at 11:00 a.m. is hereby **RESCHEDULED** for **January 12, 2012 at 2:00 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                        /s/
                                           ROGER W. TITUS
                               UNITED STATES DISTRICT JUDGE